# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 3:10-00031 |
| v. ) | Aleta Trauger |
| ) | Judge, U.S. District Court |
| RANDALL HOWARD MALONE ) | |

## AGREED ORDER

Mr. Malone's attorney and the attorney for the government represent to this Court that an agreement has been reached to terminate the remainder of Mr. Malone's time at Diersen Charities. His termination date is November 30, 2012. However, both parties have agreed that he may end his tenure at Diersen and participate in community programs as directed by his probation officer under the terms of his supervised release. Mr. Malone is on disability, but has the ability to care of himself and transition back into the community. The U.S. Probation Office is also in agreement with this recommendation.

It is hereby **ORDERED** that the defendant, Randall Malone, be terminated from Diersen Charities and be released to the community where he will reside in his own apartment through a program associated with Park Center. Additionally, he is to maintain all other conditions of supervised release.

ENTERED this 8th day of November, 2012.

_____
ALETA TRAUGER
Judge, United States District Court

AGREED AS TO FORM:

/s/ *Philip H. Wehby w/permission*
PHILIP H. WEHBY
Assistant United States Attorney
110 9th Avenue South, Suite A961
Nashville, TN 37203

/s/ *Dumaka Shabazz*
DUMAKA SHABAZZ
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, TN 37203
(615) 736-5047